In the Matter of HARRY KUNIN et al., as Stockholders of TITLE GUARANTEE AND TRUST COMPANY, Respondents. TITLE GUARANTEE AND TRUST COMPANY, Appellant.

Submitted May 17, 1954; decided June 3, 1954.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 306 N. Y. 967.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SANTO CAMINITO, Appellant.

Submitted May 17, 1954; decided June 3, 1954.

Motion for reargument and to amend the remittitur denied. [See 291 N. Y. 541.]